IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KELVIN WOODFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-359(MTT) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Charles H. Weigle on the Plaintiff's Complaint (Doc. 1) seeking review, under 42 U.S.C. §§ 405(g) and 1383(c), of the Commissioner of Social Security's denial of the Plaintiff's application for Social Security disability benefits for lack of disability. The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends denying the Plaintiff's Complaint because the Commissioner's denial of benefits was supported by substantial evidence. No objections were filed by either party.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Complaint (Doc. 1) is **DENIED**.

**SO ORDERED**, this the 23rd day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch